814

No. 02–1626. COURTNEY ET AL. v. SMITH ET AL. C. A. 6th Cir. Certiorari denied.

No. 02–1629. CLARK COUNTY, NEVADA, ET AL. v. HERNANDEZ MIRANDA. C. A. 9th Cir. Certiorari denied.

No. 02–1631. PORTALES v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 02–1633. SOLIMAN v. PHILIP MORRIS, INC., ET AL. C. A. 9th Cir. Certiorari denied.

No. 02–1634. BARRY v. ILLINOIS. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 02–1635. RMS TECHNOLOGY, INC. v. TELEDYNE INDUSTRIES, INC., ET AL. C. A. 4th Cir. Certiorari denied.

No. 02–1637. BAZOR v. BOOMTOWN BELLE CASINO ET AL. C. A. 5th Cir. Certiorari denied.

No. 02–1638. GALLO-LOEKS v. U S WEST COMMUNICATIONS, INC. C. A. 10th Cir. Certiorari denied.

No. 02–1640. HACEESA ET AL. v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 02–1642. THOMAS JEFFERSON UNIVERSITY HOSPITAL ET AL. v. BYNUM ET AL. Super. Ct. Pa. Certiorari denied.

No. 02–1643. EBECK v. HEDRICK, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 02–1644. CLEVELAND & CLEVELAND, P. C., ET AL. v. BBL GROUP, INC. C. A. 11th Cir. Certiorari denied.

No. 02–1645. QUICK TECHNOLOGIES, INC. v. SAGE GROUP, PLC, ET AL. C. A. 5th Cir. Certiorari denied.